Argued November 17, 1983. Michael A. McGinley, for appellant; Adam Bavolack, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CAVANAUGH and HOFFMAN, JJ.

Judgment of sentence affirmed.

470 A.2d 1029

Commonwealth v. Henry, Appellant.

Submitted October 24, 1983. Douglas M. Johnson, Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and HOFFMAN, JJ.

Judgment of sentence affirmed.

472 A.2d 230

Commonwealth v. Hill, Appellant.

Reargument Denied March 14, 1984.

Petition for Allowance of Appeal
Denied Oct. 1, 1984.

Submitted March 9, 1983. Robert C. Fogelnest, for appellant; John F. Nelson, III, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and MONTEMURO, JJ.

Order affirmed.

470 A.2d 1029

Commonwealth v. Hillman, Appellant.

Submitted June 21, 1983. Charles P. Mirarchi, III, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence vacated and case remanded for the filing of post-verdict motions *nunc pro tunc.*

JOHNSON, J., filed a memorandum dissenting statement.

470 A.2d 1029

Commonwealth v. Hockenberry, Appellant.

Submitted No-